## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| HELEN J. PETERS AND MONTIE E. PETERS, | : | No. 500 MAL 2019 |
| | : | |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| WELLSBORO HOTEL COMPANY AND PENN-WELLS HOTEL, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.